USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/2/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                      :

In Re Ex Parte Application of AGROS         :
SHIPPING CO. LTD. to take discovery for use   :
in foreign proceeding                            :                 1:20-mc-114
                                                      :
------------------------------------------------------------ X         ORDER

GREGORY H. WOODS, United States District Judge:

        The Court has reviewed the Ex Parte Application of Agros Shipping Co. Ltd. for Judicial Assistance Pursuant to 28 U.S.C. § 1782 (the "Application"). The Court will not grant the requested relief *ex parte*. Accordingly, Petitioner is directed to serve the Application and this order on the intended respondents no later than March 10, 2020, and to retain proof of service. Any opposition to the application must be served no later than March 31, 2020. Petitioner's reply, if any, is due no later than April 7, 2020. The Court will hold a hearing on the Application on April 14, 2020 at 11:00 a.m. in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.

        SO ORDERED.

Dated: March 2, 2020
         New York, New York

                                                                   GREGORY H. WOODS
                                                                United States District Judge