USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/13/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                      :

In Re Ex Parte Application of AGROS      :
SHIPPING CO. LTD. to take discovery for use  :
in foreign proceeding                                 :         1:20-mc-114-GHW
                                                       :
------------------------------------------------------------- X       ORDER

GREGORY H. WOODS, United States District Judge:

      Due to the ongoing novel coronavirus pandemic, the April 14, 2020 hearing will take place by teleconference pursuant to the Court's Emergency Rules in Light of COVID-19 which are posted on the Court's website. The conference call dial-in information and access code are noted in the Emergency Rules. The parties re specifically directed to comply with Emergency Rule 2(C).

      Petitioner is directed to serve a copy of this order on Respondents and to retain proof of service.

      SO ORDERED.

Dated: April 13, 2020

                                                     GREGORY H. WOODS
                                                   United States District Judge