USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                      :

In Re Ex Parte Application of AGROS       :
SHIPPING CO. LTD. to take discovery for use :
in foreign proceeding                         :                1:20-mc-114-GHW
                                        :

------------------------------------------------------------- X           ORDER

GREGORY H. WOODS, United States District Judge:

On April 14, 2020, the Court held a hearing during which it read into the record its ruling on

Petitioner's request to take discovery pursuant to 28 U.S.C. § 1782. For the reasons articulated on

the record during that conference, Petitioner's request is denied. Petitioner is directed to serve a

copy of this order on Respondents.

The Clerk of Court is directed to terminate all pending motions, adjourn all remaining

deadlines, and to close this matter.

SO ORDERED.

Dated: April 14, 2020

_____
GREGORY H. WOODS
United States District Judge